```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 22966
   FORTUNATO M POMPA
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES
            Debtor
   SSN XXX-XX-8452


---------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/06/04 and confirmed on 02/07/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  32825.12 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL | SECURED | 11000.00 | 1335.95 | 11000.00 |
| NUVELL CREDIT COMPANY LL | SECURED | 8000.00 | 973.18 | 8000.00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 598.17 | .00 | 598.17 |
| ILLINOIS DEPT REVENUE | UNSECURED | 189.88 | .00 | 51.27 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1334.68 | .00 | 1334.68 |
| INTERNAL REVENUE SERVICE | UNSECURED | 9799.39 | .00 | 2645.84 |
| FIELD COMPLIANCE DISTRIC | UNSECURED | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| BRIAN L HEFFELFINGER MD | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| DEPARTMENT VETERAN AFFAI | UNSECURED | NOT FILED | .00 | .00 |
| DISH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 626.83 | .00 | 169.24 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 332.16 | .00 | 89.68 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 289.77 | .00 | 78.24 |
| NATIONWIDE ACCEPTANCE | UNSECURED | 1269.42 | .00 | 342.74 |
| NUVELL CREDIT COMPANY LL | UNSECURED | 5220.99 | .00 | 1409.67 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| SHERMAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| US CELLULAR | UNSECURED | NOT FILED | .00 | .00 |
| WHEATON EYE CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | 4200.28 | .00 | 1134.08 |

```
            Summary of disbursements:
---------------------------------------------------------------------
```

```
                    SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  19000.00     1932.85    21928.72           .00      42861.57
PRINCIPAL PAID      19000.00     1932.85     5920.76           .00      26853.61
INTEREST PAID        2309.13         .00         .00           .00       2309.13
TOTAL PAID          21309.13     1932.85     5920.76           .00      29162.74
```

The Debtor's attorney, SUSAN G CASTAGNOLI              , was allowed $   2700.00
and was paid $    1000.00   direct and $    1700.00   through the plan.

The Trustee received $    1370.92 .

Refunds to the Debtor totaled $     591.46 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 05/21/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE